UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CHRISTOPHER HURST,    Crim. No. 11-354

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum

1. Christopher Hurst; [REDACTED], SBI# 193026C (hereinafter the "Detainee") is now confined at the Hudson County Correctional Facility.

2. The Detainee is

   charged in this District by: (X) Indictment  ( ) Information  ( ) Complaint with a violation of 18 United States Code Section 922(g)

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, Post Office Bldg, Courtroom 5, , before the Hon. Katharine Hayden, U.S. District Judge, on Wednesday, January 4, 2012, at 9:00 a.m., for a Plea Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 28, 2011

_____
VIKAS KHANNA
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 12/28/11

_Katharine Hayden_ (signature)
Hon. Katharine Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the HUDSON COUNTY CORRECTIONAL FACILITY:

WE COMMAND YOU that you have the body of

    CHRISTOPHER HURST, ▮▮▮▮▮▮▮▮ SBI# 193026C

now confined at the Hudson County Jail, brought before the Hon. Katharine Hayden, U.S. District Judge, at the United States District Court, in the Post Office Bldg at Newark, on Wednesday, January 4, 2012 at 9:00 a.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Katharine Hayden
    United States District Judge
    Newark, New Jersey

DATED: 12/28/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
    Deputy Clerk